Patrick McMahon
Attorney for Defendants
Carlson & McMahon, PLLC
715 Washington Street
P.O. Box 2965
Wenatchee, WA  98807-2965
509-662-6131
509-663-0679 Facsimile
patm@carlson-mcmahon.org

THE HONORABLE BARBARA. J. ROTHSTEIN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| PATRICK AND BETTY ROBERTS, a married couple,<br><br>Plaintiff,<br><br>v.<br><br>MASON COUNTY SHERIFF'S OFFICE and Casey Salisbury, in his current capacity as Sheriff of mason County, and Deputy Matt Gray, individually and in his capacity as Deputy of Mason County Sheriff's Office,<br><br>Defendants. | NO. 3:20-cv-05823-BJR<br><br>**MOTION FOR ENTRY OF STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

COME NOW, the above named parties, by and through their respective attorneys of record, and after having conferred, are in agreement that in the interests of justice and judicial economy and pursuant to Fed. R. Civ. P. 41(a)(2), the Court is respectfully requested to enter a Stipulated Order of Dismissal with Prejudice and without costs to the parties.

MOTION FOR ENTRY OF STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

Page 1

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131    Fax (509) 663-0679

Respectfully submitted this 14th day of JANUARY, 2021.

By      /s/ Bruce J. Finlay
BRUCE J. FINLAY, WSBA #18799
Attorney for Plaintiffs

P.O. Box 3
Shelton, WA  98584
360-432-1778
360-462-1779 Facsimile
brucef@hctc.com

CARLSON & McMAHON, PLLC

By      /s/ Patrick McMahon
PATRICK MCMAHON, WSBA #18809
Attorney for Defendants

715 Washington Street
P.O. Box 2965
Wenatchee, WA  98807-2965
509-662-6131
509-663-0679 Facsimile
patm@carlson-mcmahon.org

AWC05-002511\PLE/MTN FOR ENTRY OF STP FOR DISMISSAL-111421

MOTION FOR ENTRY OF STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

Page 2

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131    Fax (509) 663-0679

# CERTIFICATION OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on January 14, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Washington using the CM/ECF system which will send notification of such filing to:

Bruce J. Finlay brucef@hctc.com

And/or I certify that I have mailed by United States Postal Service the foregoing to the following non CM/ECF participants:

Signed at Wenatchee, Washington on January 14, 2021.

/s/ Patrick McMahon
Patrick McMahon

MOTION FOR ENTRY OF STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

Page 3

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679