The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PATRICK ROBERTS, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>MASON COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　　　　Defendants. | NO. 3:20-cv-5823-BJR<br><br>ORDER GRANTING MOTION FOR ENTRY OF STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

THIS MATTER, having come before the Court pursuant to the parties' motion for entry of a stipulated order that Plaintiffs' complaint be dismissed with prejudice and without cost to either party pursuant to Fed. R. Civ. P. 41(a)(2) (Dkt. No. 16), and the Court considering itself fully advised, it is hereby,

ORDERED that Plaintiffs' complaint is dismissed with prejudice and without cost to either party.

DATED this 15th day of January, 2021.

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge